**No. 58713.**—Hurricane Import Co. et al. *v.* United States, protests 223470–K, etc. (San Francisco).

Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise consists of floor coverings, composed wholly or in chief value of rush and not of grass or of rice straw which do not have a felt base, the same in all material respects as those the subject of Abstracts 57889 and 57890, the claim of the plaintiffs was sustained.